— LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

September 10, 2015

**VIA FIRST CLASS MAIL**
Clerk, U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

FILED WILKES-BARRE, PA
SEP 1 4 2015
Clerk, U.S. Bankruptcy Court

RE: Talbert, Dennis & & Linda M.
Case# 5-12-05241-JJT

Dear Clerk:

Enclosed please find check number 136 in the sum of One Thousand Two Hundred Thirteen Dollars and Fifty-Seven Cents ($1,213.57), representing unclaimed funds for the following claims filed in the above-referenced bankruptcy proceeding:

| Claim No. | Creditor | Address | Dividend |
|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Capital Bank | P.O. Box 788 Kirkland, WA 98083-0788 | $ 1,213.57 |

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Mark J. Conway

MJC/cn
Enc. (Check No. 136)